```
ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, )<br>          )<br>     Plaintiff,   )<br>          )<br>    vs        )<br>          )<br>          )<br>          )<br>          )<br>BRUCE DAWSON       )<br>     Defendant.    )<br>_____ )<br>_____ ) | CASE No: 05-00135<br><br>Stipulation to continue<br>First Appearance of Defendant |

   IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the United States Government and Defendant, BRUCE DAWSON, and his Attorney of record, MARK BORDEN, that the first appearance of the defendant in the above-captioned matter scheduled for January 17,2006, be continued until February 7, 2006.

Dated: January 11, 2006

```
                              By:  /S/ Elizabeth Waldow
                                   ELIZABETH WALDOW
                                   Acting Legal Officer for
                                   United States Government
```

Dated: January 11, 2006

```
                              By:  /S/ Mark Borden
                                   Mark Borden
                                   Attorney for Bruce Dawson
                                   As authorized on 01/11/06
```

---
1
STIPULATION TO CONTINUE AND ORDER THEREON

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a Continuance to make a first appearance until February 7, 2006 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The first appearance in Court by the Defendant, Bruce Dawson, shall be continued to February 7, 2006.

It is so ordered:

Dated: _____, 2006

By: _____

WILLIAM M WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   January 17, 2006          /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE